JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

| | |
|---|---|
| CHERYL DANIELS, an individual,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>TARGET CORPORATION, a business entity [sic],<br><br>　　　　　Defendants. | CASE NO.: 2:20-cv-03957-JFW-Ex<br><br>**ORDER ON STIPULATION TO DISMISS ENTIRE ACTION WITH PREJUDICE**<br><br>State Court Complaint Filed: February 6, 2020<br><br>This Action Commenced: April 30, 2020 |

On May 10, 2021, the parties jointly submitted a Stipulation of Dismissal, dismissing this entire action and claims herein, with prejudice, to the Court. Accordingly, this action and all claims herein are dismissed with prejudice, and the parties will bear their own respective attorneys' fees and costs.

**IT IS SO ORDERED.**

Dated: May 13, 2021

　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE